MINUTE ENTRY
NORTH, M.J.
MARCH 13, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHANTRELL COOK                               CIVIL ACTION

VERSUS                                       NUMBER: 21-0719

PARISH OF JEFFERSON, ET AL.                  SECTION:  MAG. JUDGE VAN MEERVELD


As a result of follow-up discussions among the Court and the parties, a settlement

agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to

an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANICE VAN MEERVELD


MJSTAR (00:10)